## ANTHONY SINCHAK *v.* COMMISSIONER OF CORRECTION

The petitioner Anthony Sinchak's petition for certification for appeal from the Appellate Court, 126 Conn. App. 670 (AC 29068), is denied.

*J. Patten Brown III*, special public defender, in support of the petition.

*Harry Weller*, senior assistant state's attorney, in opposition.

Decided April 27, 2011

## PAMELA CIANCI *v.* ORIGINALWERKS, LLC

The plaintiff's petition for certification for appeal from the Appellate Court, 126 Conn. App. 18 (AC 30957), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Edward Kanowitz*, in support of the petition.

Decided April 27, 2011